UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL L. RIOS,<br><br>Defendant. | No. CR-11-197-FVS<br><br>ORDER GRANTING MOTION AND AMENDING CONDITIONS OF RELEASE<br><br>☑ Motion Granted **(Ct. Rec. 44)**<br><br>☑ Action Required |

Date of Motion hearing: May 7, 2012

**IT IS ORDERED** that the release conditions set by this Court on April 6, 2012 are modified as follows:

☑ Pretrial Services is directed to confirm Defendant's residence plan prior to the completion of his inpatient treatment on May 12, 2012.

☑ At the discretion of Pretrial Services, electronic monitoring may replace GPS monitoring.

☑ Defendant shall participate daily in an aftercare program (daily NA or AA meetings), unless excused by Pretrial Services.

☑ Defendant will be subject to random drug testing. **If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.** Defendant shall submit to any method of testing required by the Pretrial Service Office for

ORDER SETTING CONDITIONS OF RELEASE   - 1

1  determining whether the Defendant is using a prohibited substance.
2  Such methods may be used with random frequency and include urine
3  testing, the wearing of a sweat patch, a remote alcohol testing
4  system, and/or any form of prohibited substance screening or
5  testing.  Defendant shall refrain from obstructing or attempting to
6  obstruct or tamper, in any fashion, with the efficiency and accuracy
7  of prohibited substance testing.  Full mutual releases shall be
8  executed to permit communication between the court, Pretrial
9  Services, and the treatment vendor.  Treatment shall not interfere
10 with Defendant's court appearances.
11     All other conditions of release remain in place.
12     DATED May 7, 2012.

                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER SETTING CONDITIONS OF RELEASE  - 2