PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

RECEIVED
U.S. DISTRICT COURT
JUL 19 2012 at 11:43 am
UNITED STATES MAGISTRATE JUDGE
SPOKANE WASHINGTON

U.S.A. vs.   Paul L. Rios        Docket No.    2:11CR00197-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Paul L. Rios, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 6th day of April 2012, under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Condition #28:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the court, Pretrial Services, and the treatment vendor. Treatment shall not interfere with the Defendant's court appearances.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant admitted to using cocaine on July 17, 2012.

**Violation #2:** The defendant failed to report for drug testing on July 5 and 18, 2012.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under penalty of perjury that the foregoing is true and correct. |
|  | Executed on: 07/19/2012 @ 11:00 hours |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Probation Officer |

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

07-19-2012
Date    at 11:44 a.m.