United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Paul L. Rios | Case Number: 0980 2:11CR00197-RMP-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉ Spokane, Washington 99202 | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge | |
| Date of Original Sentence: August 30, 2012 | Date of Resentence: August 22, 2016 |
| Original Offense: Distribution of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: Prison - 120 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Resentence: Prison - 77 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: U.S. Attorney's Office | Date Supervision Commenced: February 15, 2018 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: February 14, 2023 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Paul Rios violated standard condition number 1 by physically restraining his wife inside their residence on December 4, 2018.<br><br>According to the Spokane Police Department affidavit of facts number 2018-20238967, police responded to the residence of the offender after the offender's 12-year-old daughter reported her parents were arguing and her mom said, "Get off me, you hit me in the face."<br><br>When police arrived they could here a loud argument. After knocking on the door, the occupants went silent. Due to the occupants refusing to open the door and concern for the welfare of the occupants, officers had to force entry. Police contacted Paul Rios and the victim upon entry. Both were not cooperative with police. Police interviewed the victim. She stated she is married to Paul Rios and was engaged in an argument. Mr. Rios physically would not let her leave the residence. She stated the offender tried to grab her arms to prevent her from leaving, they began to wrestle, and Mr. Rios accidentally poked her in the eye. |

Police also interviewed the neighbor who shares a wall with Mr. Rios' residence, as they live in a duplex. She reported loud banging noises, so loud that her pictures fell off her wall. She also reported the arguing is constant and sometimes she hears banging and thud noises, as she did on the date of this incident.

Police determined there was probable cause to arrest Paul Rios for Felony Unlawful Imprisonment, Domestic Violence, in violation of RCW 9A.40.040.

On February 16, 2018, Paul Rios signed his judgment for case number 2:11CR00197-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Rios was made aware by his U.S. probation officer that he must obey all laws.

2      **Standard Condition # 1**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: Paul Rios violated standard condition number 1 by assaulting his wife on December 4, 2018.

According to the Spokane Police Department affidavit of facts number 2018-20238967, police responded to the residence of the offender after the offender's 12-year-old daughter reported her parents were arguing and her mom said, "Get off me, you hit me in the face."

When police arrived, they could here a loud argument. After knocking on the door, the occupants went silent. Due to the occupants refusing to open the door and concern for the welfare of the occupants, officers had to force entry. Police contacted Paul Rios and the victim upon entry. Both were not cooperative with police. Police interviewed the victim. She stated she is married to Paul Rios and was engaged in an argument. Mr. Rios physically would not let her leave the residence. She stated the offender tried to grab her arms to prevent her from leaving, they began to wrestle, and Mr. Rios accidentally poked her in the eye.

Police also interviewed the neighbor who shares a wall with Mr. Rios's residence, as they live in a duplex. She reported loud banging noises, so loud her pictures fell off her wall. She also reported the arguing is constant and sometime she hears banging and thud noises, as she did on the date of this incident.

Police determined there was probable cause to arrest Paul Rios for Assault 4th degree, Domestic Violence, in violation of RCW 9A.36.041.

On February 16, 2018, Paul Rios signed his judgment for case number 2:11CR00197-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Rios was made aware by his U.S. probation officer that he must obey all laws.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/4/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

12/4/2018
Date